# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 03-00101-CJC<br>SACV 07-01242-CJC | Date: May 15, 2008 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Michelle Urie | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Nathan Dang, Pro Se | Not | X | | None | | | |

**Proceedings:** (IN CHAMBERS) ORDER DENYING AS MOOT PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE A CERTIFICATE OF APPEALABILITY (fld 4/11/08)

Petitioner's motion for extension of time to file a certificate of appealability is DENIED AS MOOT in light of Order Re Certificate of Appealability.

: 0

Initials of Deputy Clerk   MU

cc: